**Marian WARD et al., Appellants,**

v.

**Mrs. Albert K. MOORE, Appellee.**

Court of Appeals of Kentucky.

March 16, 1962.

Rehearing Denied June 22, 1962.

Joe Hobson, Prestonsburg, Ky., for appellants.

Earl R. Cooper, Salyersville, Ky., John G. Prather, Somerset, Ky., for appellee.

PER CURIAM.

This is a motion for an appeal in consolidated cases, made prior to the 1960 change in Rules, from a judgment of the Magoffin Circuit Court.

We have examined the record carefully and find no prejudicial error.

The motion for an appeal is denied and the judgment is affirmed.